# United States Court of Appeals
### For the Eighth Circuit
_____

No. 20-3159
_____

Alonzo Hampton

*Plaintiff - Appellant*

v.

Jessica Mickels, Correction Officer, Cummins Unit, ADC; William Straughn, Warden, Cummins Unit, ADC; Christopher Budnik, Deputy Warden, Cummins Unit, ADC; Wendy Kelley, Director, ADC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: April 21, 2021
Filed: April 27, 2021
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Alonzo Hampton appeals the district court's[1] adverse grant of summary judgment in his civil rights action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. *See Robinson v. Cavanaugh*, 20 F.3d 892, 894 (8th Cir. 1994) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable D.P. Marshall, Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the Recommended Disposition of the Honorable J. Thomas Ray, Chief Magistrate Judge, United States District Court for the Eastern District of Arkansas.